Vijay J. Patel
Attorney at Law: 285585
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
MARLA KATHLEEN EHOFF

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA KATHLEEN EHOFF | Case No.: 2:14-cv-02279-EFB |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Marla Kathleen Ehoff and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 31 days from March 13, 2015 to April 13, 2015 for Plaintiff to file a opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel due to a internal calendaring error.  Counsel has made

/////

1  changes interoffice to avoid future calendaring errors.

2  DATE: March 15, 2015          Respectfully submitted,

3                                      LAWRENCE D. ROHLFING

4                                  /s/ *Vijay J. Patel*

5                      BY: _____
                           Vijay J. Patel

6                             Attorney for plaintiff Ms. Marla Kathleen Ehoff

7

8  DATE:  March 15, 2015
                           BENJAMIN WAGNER

9                             United States Attorney

10                                /s/ *Sharon Lahey*

11                     BY: _____
                           Sharon Lahey

12                            Special Assistant United States Attorney
                           Attorneys for defendant Carolyn W. Colvin

13                            |*authorized by e-mail|

14

   IT IS SO ORDERED.

15

16 DATED:  March 18, 2015.        _____
                                 EDMUND F. BRENNAN

17                                  UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26