BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Illinois State Bar No. 6191786
Regional Chief Counsel, Region IX
Social Security Administration
SHARON LAHEY
California State Bar No. 263027
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8963
    Facsimile: (415) 744-0134
    E-Mail: Sharon.Lahey@ssa.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA KATHLEEN EHOFF,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 2:14-cv-02279 EFB<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND ORDER** |

    IT IS HEREBY STIPULATED, by and between Marla K. Ehoff (Plaintiff) and Carolyn W. Colvin, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that Defendant shall have an extension of time of thirty (30) days to file her response to Plaintiff's motion for summary judgment (Docket No. 14). The current due date is May 5, 2015. The new due date will be June 3, 2015. This is the first extension of time requested by Defendant and the third extension of time in the above-captioned matter. Defense counsel requests additional time because this case is being transferred to another attorney in the office. The new attorney will need additional time to adequately assess and respond to the issues that Plaintiff raises in her motion for summary judgment.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Date: May 1, 2015                               Respectfully submitted,

                                                LAW OFFICE OF LAWRENCE D. ROHLFING

                                                By:  /s/ *Vijay J. Patel*
                                                VIJAY J. PATEL
                                                Attorneys for Plaintiff
                                                (*As authorized by e-mail on April 30, 2015)

                                                Respectfully submitted,

Date: May 1, 2015                               BENJAMIN B. WAGNER
                                                United States Attorney

                                                By:  /s/ *Sharon Lahey*
                                                SHARON LAHEY
                                                Special Assistant United States Attorney
                                                Attorney for Defendant

## **ORDER**

Good cause appearing, pursuant to stipulation, it is so ordered. Defendant shall file her response to Plaintiff's motion for summary judgment on or before June 3, 2015. Any reply thereto shall be filed on or before June 22, 2015.

Dated:  May 4, 2015.

                                                _____
                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE